Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

### for the

Central District of California

Central Division



CLERK, U.S. DISTRICT COURT

JAN 2 1 2021

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Case No. CV21-722-JGB(KES)

(to be filled in by the Clerk's Office)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Sosaia Kanavale Sekona

_Plaintiff(s)_

_(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)_

-v-

Sheriff Alex Villanueva, County of Los Angeles, Deputy
Barraza #7070, Deputy Alvarado, Deputy Jones,
Deputy Jimenez #547823, Deputy Sanchez, Deputy
Sergeant Frazier, Deputy Ruiz #648836, Deputy Leon #
659795, Deputy Bles #5635

_Defendant(s)_

_(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)_

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Defendants Continued                                                    1A

Defendant No. 5

   Name Deputy Jones

   Job or Title (if known) Sheriff's Deputy at MCJ

   Shield Number

   Employer Sheriff Alex Villanueva

   Address   MCJ. 450 Bauchet street

              Los Angeles, CA. 90012
              ☒ Individual Capacity  ☒ Official Capacity

Defendant No. 6

Name Deputy Jimenez

Job or Title (if known) Sheriff's Deputy at MCJ

shield Number #547823

Employer Sheriff Alex Villanueva

Address MCJ. 450 Bauchet Street

         Los Angeles, CA. 90012
         ☒ Individual Capacity  ☒ Official Capacity

Defendant No. 7

Name Deputy Sanchez

Job or Title (if known) Sheriff's Deputy at MCJ

   Shield Number

   Employer Sheriff Alex Villanueva

   Address  MCJ. 450 Bauchet Street

            Los Angeles, CA. 90012
            ☒ Individual Capacity  ☒ Official Capacity

Defendant No. 8

Name Deputy Sergeant Frazier

Job or Title (if known) Sheriff's Deputy Sergeant at MCJ

   Shield Number

   Employer  Sheriff Alex Villanueva

   Address   MCJ. 450 Bauchet Street

             Los Angeles, CA. 90012 ☒ Individual Capacity ☒ Official Capacity

Defendants Continued                                                    1 B

Defendant # 9

  Name Deputy Ruiz

  Job or Title (if known) Sheriffs Deputy at MCJ

  shield Number #648836

  Employer  Sheriff Alex Villanueva

  Address  MCJ. 450 Bauchet Street

          Los Angeles, CA. 90012

              ☑ Individual Capacity ☑ Official Capacity

Defendant # 10

  Name Deputy Leon

  Job or Title (if known) Sheriffs Deputy at MCJ

  shield Number #659795

  Employer  Sheriff Alex Villanueva

  Address  MCJ. 450 Bauchet Street

          Los Angeles, CA. 90012

              ☑ Individual Capacity ☑ Official Capacity

Defendant #11

  Name Deputy Bles

  Job or Title (if known) Sheriff Deputy at MCJ

  shield Number 56352.

  Employer  Sheriff Alex Villanueva

  Address  MCJ. 450 Bauchet Street

          Los Angeles, CA. 90012

              ☑ Individual Capacity ☑ Official Capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)  Sosaia Kanavale Sekona

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                                    Sosaia Kanavale Sekona
All other names by which
you have been known:
ID Number                          Booking #5903105
Current Institution              Men's Central Jail 2500-B10
Address                             450 Bauchet Street
                                        Los Angeles          CA          90012
                                          *City*                    *State*          *Zip Code*

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1
      Name                          Sheriff Alex Villanueva
      Job or Title *(if known)*    Sheriff of LA County Sheriff's Department
      Shield Number
      Employer                      County of Los Angeles
      Address
                                        Los Angeles          CA
                                          *City*                    *State*          *Zip Code*
                                        ☐ Individual capacity     ☑ Official capacity

Defendant No. 2
      Name                          County of Los Angeles
      Job or Title *(if known)*    Employer of defendants
      Shield Number
      Employer
      Address
                                        Los Angeles          CA
                                          *City*                    *State*          *Zip Code*
                                        ☐ Individual capacity     ☑ Official capacity

Defendant No. 3
    Name                                Deputy Barraza # 7070
    Job or Title *(if known)*           Sheriff's Deputy at Men's Central Jail· "MCJ"
    Shield Number                       #7070
    Employer                            Sheriff Alex Villanueva
    Address                             MCJ· 450 Bauchet Street
                                        Los Angeles      CA.        90012
                                           *City*        *State*     *Zip Code*
                                        ☑ Individual capacity  ☑ Official capacity

Defendant No. 4
    Name                                Deputy Alvarado
    Job or Title *(if known)*           Sheriff's Deputy at MCJ
    Shield Number
    Employer                            Sheriff Alex Villanueva
    Address                             MCJ· 450 Bauchet Street
                                        Los Angeles      CA.        90012
                                           *City*        *State*     *Zip Code*
                                        ☑ Individual capacity  ☑ Official capacity     →

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  42 U.S.C. § 1983.  If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
My eighth Amendment rights to be free from cruel and inhumane conditions of confinement and cruel and unusual punishment. My fourteenth Amendment right to equal protection of the laws.

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights.  If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? N/A

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

While acting under color of state law all defendants collectively subjected this pretrial detainee to live under "barbaric" conditions for 6-days and failed to take action on the 3- Emergency Inmate Grievance Forms I submitted asking them to put a work order on my toilet, because it was clogged up and full of urine and feces, and the stench in my cell caused me to get a headach. I had to constantly beg and plead for the deputies to let me use the toilet in the dayroom. One time my begs and pleas were refused by defendants, third watch deputies Jones and Jimenez#547823, and I detecated in my pants which was embarrassing and humiliating...

**III.   Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

**IV.   Statement of Claim**

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.   If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B.   If the events giving rise to your claim arose in an institution, describe where and when they arose.

Los Angeles County Jail, Men's Central Jail branch, 2100 Floor, Charley Row, Cell 14, "C14", from October 10, 2020 to October 15, 2020.

IV. Statement Of Claim section D. Continued                    Page 4A

I. While awaiting trial, housed in the Men's Central Jail, 2100 Unit, C. Row, cell 14 on October 10, 2020 my toilet was clogged and backed up. Every time other inmates in cells on either side of me flushed the toilet their urine and fecal matter arose into my toilet and overflowed onto the floor in my cell.

II. I was unable to use my toilet and had to beg and plead for 1st Watch Deputy Sanchez, 2nd Watch Deputies Alvarado and Barraza #7070, 3rd Watch Deputies Jones and Jimenez #547823 along with Deputies Ruiz #648836, Leon #659795 and Bles #56351, to let me use the restroom inside the dayroom. They delayed in letting me use the restroom forcing me to strain to hold my bowel movements or defecate on myself.

III. The deputies neglected to honor my "4" Emergency Inmate Grievance Forms to fix my toilet; provide medical treatment for the daily headaches and stomaches I suffered due to the stench and fecal matter overflowing into my cell; my shortness of breath, sleepless nights, and the rash I got due to cleaning up the sewage from other inmates and myself. They neglected to move me into a different cell with adequate plumbing and sanitation like similarly situated pretrial detainee inmates.

IV. After I defecated on myself the deputy defendants subjected me to further embarrassment and public humiliation in front of other inmates by laughing at me, making sarcastic remarks about me defecating on myself, and clowning me like it's funny. The other inmates chimed in and laughed at me too. I felt real hurt, embarrassed and humiliated.

I. In conclusion, no action would have been taken on any of the grievances had my attorney not reported them to the Office Of The Inspector General or called the nurses station. By then, the Constitutional injuries complained of... had already been inflicted.

                                        Respectfully Submitted

Date: January 3, 2021          SOSAIA SEKONA   Sosaia Sekona

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

The events giving rise to this sue began on the morning of October 10, 2020.

D.    What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what?  Was anyone else involved?  Who else saw what happened?)*

The following named inmates that were housed in my unit at the time the claims arose witnessed defendants violate my Eighth and Fourteenth Amendments Constitutional rights with deliberate indifference. Men's Central Jail "MCJ" unit 2100:

1) Tovia Tuli; # 6010032, Cell 4         6) Alexander Tellez # 5803277, Cell 10
2) Jesus Saenz # 6008392, Cell 5         7) Patrick Watkins # 4486034, Cell 15
3) Christopher Deherrera # 5896438, Cell 6   8) Alfredo Delatrinidad # 5905738, Cell 11
4) Ramon Miramontes # 5908041, Cell 7    9) Mychal Sifuentes # 5992359, Cell 17
5) James Pledger # 6008391, Cell 8       10) Damian Williams # 6009283, Cell 20
                                         11) Jaime Lopez # 5889389, Cell 22

V.    **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I initially caught daily headaches and stomaches from the stench in my cell due to inmates in adjoining cells flushing the toilet and their urine and fecal matter rising into my clogged and backed up toilet each time they flushed causing the sewage to overflow onto my cell floor. I had difficulty breathing, and developed a rash from trying to clean up the sewage.
   I received no medical treatment or attention until my attorney called the nurses station, and they transferred me to Twin Towers. I was pre-scribed tylenol for my headaches; an inhaler to assist my breathing; anti-nausea medication; an anti-fungal cream for my rash; and Benadryl to assist with sleep.

VI.   **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

I'm requesting $15,000,000 in actual damages and/or punitive damages due to the malicious and egregious nature of the defendants' deprivation of my Eighth and Fourteenth Amendments Constitutional rights, and for Sheriff Villanueva setting a custom or policy of allowing his subordinate employees to violate pretrial detainees Constitutional rights with deliberate indifference and failing to correct them.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII.    Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Los Angeles County Jail, Men's Central Jail

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)? CCR Title 15 § 1280 states in relevant part: The facility administrator shall develop written policies and procedures for the maintenance of an acceptable level of cleanliness, repair and safety throughout the facility. Such a plan shall provide for a regular schedule of housekeeping tasks and inspections to identify and correct unsanitary or unsafe conditions or work practices which may be found. Also see "Living Conditions" in the General Services section of the County of Los Angeles Sheriff's Department INMATE GRIEVANCE FORM.

However, the defendants failed to comply with their own policies and procedures after repeatedly submitting grievances informing them of my unsanitary living conditions.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

Men's Central Jail and Twin Towers Correctional Facility

2.    What did you claim in your grievance?

I requested that they fix the toilet in my cell and informed them that I had shortness of breath, headaches, sleepness nights, was nauseous, and caught a rash as a result of the "barbaric" unsanitary living conditions I was subjected to.

3.    What was the result, if any? None of the "4" Inmate Grievance Forms I submitted on 10/13/2020 EX.A; 10/13/2020 EX.B; 10/14/2020, EX.C, and 10/17/2020 EX.D regarding these issues were responded to by jail officials. They fixed the toilet 5-days later. But never gave me any medical attention until my attorney called on my behalf and only after 6-days later. No Sergeant or anyone came to see me until after my attorney reported it to the Office of The Inspector General.

4.    What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*

I did not receive a written response to any of the "4" Inmate Grievances I submitted in proper form. Defendants finally fixed the toilet and plumbing after living in "barbaric" conditions for "5" days and defecating on myself. Defendant Sheriff Deputy Sgt. Frazier came and conducted a video taped recording of the grievances after the toilet was repaired and I'd been moved to the Twin Towers. He offered me nothing else.

This lawsuit could have been avoided had jail officials simply moved me into a different cell with proper plumbing and sanitation when I first complained to them about this issue. But they failed to do so.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

   1.    If there are any reasons why you did not file a grievance, state them here: N/A

   2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: N/A

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. N/A

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)* see attached Exhibits "A-thru-D".

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible. N/A

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

Plaintiff(s)      N/A

Defendant(s)    N/A

2.  Court *(if federal court, name the district; if state court, name the county and State)*

N/A

3.  Docket or index number

N/A

4.  Name of Judge assigned to your case

N/A

5.  Approximate date of filing lawsuit

N/A

6.  Is the case still pending?  N/A

☐ Yes

☐ No

If no, give the approximate date of disposition.     N/A

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*  N/A

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☑ No

D.   If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s)   N/A

Defendant(s)   N/A

2.   Court *(if federal court, name the district; if state court, name the county and State)*

N/A

3.   Docket or index number

N/A

4.   Name of Judge assigned to your case

N/A

5.   Approximate date of filing lawsuit

N/A

6.   Is the case still pending?  N/A

☐ Yes

☐ No

If no, give the approximate date of disposition   N/A

7.   What was the result of the case? *(For example: Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)* N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     January 3, 2021

Signature of Plaintiff     *Sosaia Sekona*
Printed Name of Plaintiff     Sosaia Kanavale Sekona
Prison Identification #     5903105
Prison Address     Men's Central Jail · 450 Bauchet St. 2500 · B10
Los Angeles                     CA.              90012
                    *City*                    *State*          *Zip Code*

### B.     For Attorneys

Date of signing:     N/A

Signature of Attorney     N/A
Printed Name of Attorney     N/A
Bar Number     N/A
Name of Law Firm     N/A
Address     N/A
                N/A
                    *City*                    *State*          *Zip Code*
Telephone Number     N/A
E-mail Address     N/A

| Is this grievance an emergency? ¿Es ésta queja una emergencia? | COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT |
|---|---|

## INMATE GRIEVANCE FORM

See the back copy for instructions.

YES*    NO

If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life/safety, notify custody personnel immediately.

Si ésta es una emergencia médica o de salud mental, o si tiene conocimiento de una amenaza específica e inmediata contra su vida/seguridad, notifique a un alguacil de inmediato.

All grievances must be filed within 15 calendar days.
Grievances will be responded to within 15 days.
Appeals must be filed within 15 calendar days.

**Only one grievance per form.**
Solamente una queja por forma.

| NAME NOMBRE | BOOKING NUMBER SU NÚMERO DE PRESO | FACILITY FACILIDAD | HOUSING LOC. LUGAR DE VIVIENDA | DATE FECHA |
|---|---|---|---|---|
| SOSAIA SEKONA | 5903105 | NCJ | 2100-CI4 | 10/13/2020 |

**REFERENCE NUMBER:**

### I HAVE A GRIEVANCE ABOUT THE FOLLOWING:

| GENERAL SERVICES | MEDICAL/MENTAL | STAFF |
|---|---|---|
| ☐ Living conditions  ☐ Classification | ☐ Medical Services (Place in envelope) | ☑ Custody Personnel |
| ☐ Food  ☐ Telephone | ☐ Mental Health (Place in envelope) | ☐ Medical Staff |
| ☐ Showers  ☐ Visiting | ☐ Dental (Place in envelope) | ☐ Mental Health Staff |
| ☐ Property | ☐ Americans with Disabilities Act | ☐ Other (explain below) |
| ☐ Mail | (ADA) | *Optional (check only if applicable):* |
| ☐ Commissary/Account Balance | ☐ Other (explain below) | ☐ Use of force |
| ☐ Clothing/Linen/Bedding | | ☐ Retaliation |
| ☐ Educational/Vocational Programs | | ☐ Harassment |
| ☐ Other (explain below) | | ☐ Racial or identity profiling |
| | | Specify the type(s) in your explanation. (please refer to the reverse side of the pink copy for more information) |

### PLEASE EXPLAIN THE SPECIFIC ISSUE OR DATE OF INCIDENT, AND THE ACTION REQUESTED:

| DATE, TIME, DAY OF OCCURRENCE | FACILITY OF OCCURRENCE | LOCATION OF OCCURRENCE |
|---|---|---|
| 10/10/2020  10/15/2020 | NCJ | 2100-CI4 |

ON 10/15/2020 I ASKED THE DEPUTIES ON 2ND SHIF IS (MORN
ING) THAT I NEEDED TO USE THE RESTROOM DVE TO THE
TOILET IN CELL 14, CHARLEY ROLL, OUT OF SERVICE BEING
CLOGGED FOR (3) DAYS NOW

*If needed, additional space is provided on the back of this page.*

☐ In the event I am released prior to the disposition of this grievance, I waive my right to receive a mailed notification of the resolution.
☐ In the event I am released prior to the disposition of this grievance, I would like to receive a mailed notification of the resolution.

Mailing address _____ City _____ State _____ ZIP _____ Phone (___) _____

**Attention:** Conflict Resolution may be available and is voluntary for both the inmate and the involved personnel to address a grievance instead of the Department conducting a personnel investigation and determining a finding to resolve the grievance.

Inmate's Signature
X _____ THANK YOU

**INMATE NAME:**

-------------------------------- FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE --------------------------------

Full disposition shall be entered in the Custody Automated Report Tracking System (CARTS).
**FRONT PART 3 (PINK COPY)**

SH-J-420 Rev. 05/16     White - Facility          Yellow – Inmate copy at time of disposition for an emergency grievance          Pink – Inmate copy at time of submission

## Emergency Grievances

- If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life or safety, notify custody personnel immediately. You may request that a grievance be handled as an emergency by marking an "X" in the "YES" box located in the top left corner of the Inmate Grievance Form. An emergency grievance is defined as an urgent matter wherein a disposition according to the regular time limits would subject you to immediate risk of death, personal injury, or irreparable harm. A written response will be provided within five (5) calendar days documenting what action was undertaken.

## General Grievances

- As an inmate within the custody of the Los Angeles County Sheriff's Department, you have the right to submit a grievance relating to any condition of confinement using the Inmate Grievance Form. In addition, you also have the right to appeal any disposition regarding your grievance.
- You may obtain an Inmate Grievance Form from your housing location or notify a staff member to obtain one for you.
- All inmate grievances must be as complete as possible.
- All grievances must be submitted to the Sheriff's Department within 15 calendar days of the event upon which the grievance is based, or they will be denied. Exceptions may be made for grievances involving allegations of force, or the Prison Rape Elimination Act (PREA).
- Once the results of the grievance have been determined, a written response will be provided to you, generally within 15 calendar days after the submission of the grievance.
- You will be asked to sign the written response upon receipt.
- All appeals shall be submitted on an Inmate Grievance Appeal Form which will be provided to you when you are notified of the disposition of your grievance.
- Failure to file a grievance or appeal may waive rights to seek relief from a court of law.

## Americans with Disabilities Act (ADA) Request/Grievance Procedure

- The grievance must contain your name, booking number, housing location.
- Include a brief description of what you are grieving.
- Indicate the actions you are requesting for the Department to take to correct any alleged violation(s).
- Grievances should be addressed to the Custody Division ADA Coordinator:

**Los Angeles County Sheriff's Department - Custody Division ADA Coordinator**
**Custody Compliance and Sustainability Bureau**
**450 Bauchet St., Room E-883, Los Angeles, CA 90012**
**Phone: (213) 893-5500   TTY: (323) 267-6669   Email: adacompcus@lasd.org**

- You may request an informal meeting regarding accommodations through the Custody ADA Coordinator to discuss the grievance.
- Using this informal request/grievance procedure is not a requirement under federal regulations, nor does it prevent you from filing a grievance with the appropriate federal enforcement agency.
- Alternatively, your ADA request may be submitted on the Los Angeles County Sheriff's Department Inmate Request Form.

## Prison Rape Elimination Act (PREA)

The Los Angeles County Sheriff's Department has zero tolerance for sexual abuse and abides by the standards set forth in the Prison Rape Elimination Act of 2003 (PREA). PREA is a Federal law established to address the elimination and prevention of sexual assault and rape in correctional institutions. If you have been the victim or witness of any sexual assault or sexual abuse, report it. You may notify any custody personnel, fill out a confidential Inmate Grievance Form, or call any of the following phone numbers:

**Los Angeles County Office of the Inspector General (OIG)**
(800) 801 – 0030
**National Sexual Assault Hotline**
(800) 656 -4673

## Medical or Mental Health Concerns

- If you feel you need to see a Mental Health worker, please contact any staff member right away.
- You may submit a confidential grievance for medical or mental health related concerns by placing the completed Los Angeles County Sheriff's Department Inmate Grievance Form into a white envelope available in your housing area.

## Racial or Identity Profiling Grievances

You may file a grievance regarding an incident of perceived racial or identity profiling, involving one or more of the following factors:

- Race or ethnicity
- Gender
- Age
- Sexual orientation
- Nationality
- Gender expression
- Religion
- Mental or physical disability

**BACK PART 3 (PINK COPY)**

**Is this grievance an emergency?**
**¿Es ésta queja una emergencia?**

[ ] YES*  [ ] NO

If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life/safety, notify custody personnel immediately.

Si ésta es una emergencia médica o de salud mental, o si tiene conocimiento de una amenaza específica e inmediata contra su vida/seguridad, notifique a un alguacil de inmediato.

**COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT**

# INMATE GRIEVANCE FORM

**See the back copy for instructions.**

All grievances must be filed within 15 calendar days.
Grievances will be responded to within 15 days.
Appeals must be filed within 15 calendar days.

**Only one grievance per form.**
Solamente una queja por forma.

| NAME / NOMBRE | BOOKING NUMBER / SU NÚMERO DE PRESO | FACILITY / FACILIDAD | HOUSING LOC. / LUGAR DE VIVIENDA | DATE / FECHA |
|---|---|---|---|---|
| SOSNA SEKONA | 5903105 | MCJ | 2100-CH | 10/13/2020 |

REFERENCE NUMBER:

## I HAVE A GRIEVANCE ABOUT THE FOLLOWING:

| GENERAL SERVICES | MEDICAL/MENTAL | STAFF |
|---|---|---|
| [x] Living conditions  [ ] Classification | [ ] Medical Services (Place in envelope) | [ ] Custody Personnel |
| [ ] Food  [ ] Telephone | [ ] Mental Health (Place in envelope) | [ ] Medical Staff |
| [ ] Showers  [ ] Visiting | [ ] Dental (Place in envelope) | [ ] Mental Health Staff |
| [ ] Property | [ ] Americans with Disabilities Act (ADA) | [ ] Other (explain below) |
| [ ] Mail | [ ] Other (explain below) | *Optional (check only if applicable):* |
| [ ] Commissary/Account Balance | | [ ] Use of force |
| [ ] Clothing/Linen/Bedding | | [ ] Retaliation |
| [ ] Educational/Vocational Programs | | [ ] Harassment |
| [ ] Other (explain below) | | [ ] Racial or identity profiling |
| | | Specify the type(s) in your explanation. (please refer to the reverse side of the pink copy for more information) |

### PLEASE EXPLAIN THE SPECIFIC ISSUE OR DATE OF INCIDENT, AND THE ACTION REQUESTED:

| DATE, TIME, DAY OF OCCURRENCE | FACILITY OF OCCURRENCE | LOCATION OF OCCURRENCE |
|---|---|---|
| 10/10/2020 - 10/13/2020 | MCJ | 2100-C14 |

HAVE BEEN REQUESTING ON A WORK ORDER FOR (3) DAYS NOW FOR THE A CLOGGED TOILET. ITS FILLED WITH SEWAGE FOR (3) DAYS NOW AND THE SMELL IS GIVING ME A HEADACHE AND IT UNHEALTHY FOR ANYONE

*If needed, additional space is provided on the back of this page.*

[ ] In the event I am released prior to the disposition of this grievance, I waive my right to receive a mailed notification of the resolution.
[ ] In the event I am released prior to the disposition of this grievance, I would like to receive a mailed notification of the resolution.
Mailing address _____ City _____ State _____ ZIP _____ Phone (___) _____

**Attention:** Conflict Resolution may be available and is voluntary for both the inmate and the involved personnel to address a grievance instead of the Department conducting a personnel investigation and determining a finding to resolve the grievance.

Inmate's Signature
X  SEKONA - THANK YOU.

INMATE NAME:

-------------------- **FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE** --------------------

Full disposition shall be entered in the Custody Automated Report Tracking System (CARTS).

**FRONT PART 3 (PINK COPY)**

SH-J-420 Rev. 05/16    White - Facility    Yellow – Inmate copy at time of disposition for an emergency grievance    Pink – Inmate copy at time of submission

### Emergency Grievances

- If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life or safety, notify custody personnel immediately. You may request that a grievance be handled as an emergency by marking an "X" in the "YES" box located in the top left corner of the Inmate Grievance Form. An emergency grievance is defined as an urgent matter wherein a disposition according to the regular time limits would subject you to immediate risk of death, personal injury, or irreparable harm. A written response will be provided within five (5) calendar days documenting what action was undertaken.

### General Grievances

- As an inmate within the custody of the Los Angeles County Sheriff's Department, you have the right to submit a grievance relating to any condition of confinement using the Inmate Grievance Form. In addition, you also have the right to appeal any disposition regarding your grievance.
- You may obtain an Inmate Grievance Form from your housing location or notify a staff member to obtain one for you.
- All inmate grievances must be as complete as possible.
- All grievances must be submitted to the Sheriff's Department within 15 calendar days of the event upon which the grievance is based, or they will be denied. Exceptions may be made for grievances involving allegations of force, or the Prison Rape Elimination Act (PREA).
- Once the results of the grievance have been determined, a written response will be provided to you, generally within 15 calendar days after the submission of the grievance.
- You will be asked to sign the written response upon receipt.
- All appeals shall be submitted on an Inmate Grievance Appeal Form which will be provided to you when you are notified of the disposition of your grievance.
- Failure to file a grievance or appeal may waive rights to seek relief from a court of law.

### Americans with Disabilities Act (ADA) Request/Grievance Procedure

- The grievance must contain your name, booking number, housing location.
- Include a brief description of what you are grieving.
- Indicate the actions you are requesting for the Department to take to correct any alleged violation(s).
- Grievances should be addressed to the Custody Division ADA Coordinator.

**Los Angeles County Sheriff's Department - Custody Division ADA Coordinator**
**Custody Compliance and Sustainability Bureau**
**450 Bauchet St., Room E-883, Los Angeles, CA 90012**
**Phone: (213) 893-5500   TTY: (323) 267-6669   Email: adacompcus@lasd.org**

- You may request an informal meeting regarding accommodations through the Custody ADA Coordinator to discuss the grievance.
- Using this informal request/grievance procedure is not a requirement under federal regulations, nor does it prevent you from filing a grievance with the appropriate federal enforcement agency.
- Alternatively, your ADA request may be submitted on the Los Angeles County Sheriff's Department Inmate Request Form.

### Prison Rape Elimination Act (PREA)

The Los Angeles County Sheriff's Department has zero tolerance for sexual abuse and abides by the standards set forth in the Prison Rape Elimination Act of 2003 (PREA). PREA is a Federal law established to address the elimination and prevention of sexual assault and rape in correctional institutions. If you have been the victim or witness of any sexual assault or sexual abuse, report it. You may notify any custody personnel, fill out a confidential Inmate Grievance Form, or call any of the following phone numbers:

**Los Angeles County Office of the Inspector General (OIG)**
(800) 801 – 0030
**National Sexual Assault Hotline**
(800) 656 -4673

### Medical or Mental Health Concerns

- If you feel you need to see a Mental Health worker, please contact any staff member right away.
- You may submit a confidential grievance for medical or mental health related concerns by placing the completed Los Angeles County Sheriff's Department Inmate Grievance Form into a white envelope available in your housing area.

### Racial or Identity Profiling Grievances

You may file a grievance regarding an incident of perceived racial or identity profiling, involving one or more of the following factors:

- Race or ethnicity
- Gender
- Age
- Sexual orientation
- Nationality
- Gender expression
- Religion
- Mental or physical disability

**BACK PART 3 (PINK COPY)**

**Is this grievance an emergency?**
**¿Es ésta queja una emergencia?**

☐ YES* ☐ NO

If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life/safety, notify custody personnel immediately.

Si ésta es una emergencia médica o de salud mental, o si tiene conocimiento de una amenaza específica e inmediata contra su vida/seguridad, notifique a un alguacil de inmediato.

**COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT**

# INMATE GRIEVANCE FORM

See the back copy for instructions.
All grievances must be filed within 15 calendar days.
Grievances will be responded to within 15 days.
Appeals must be filed within 15 calendar days.

**Only one grievance per form.**
Solamente una queja por forma.

REFERENCE NUMBER:

| NAME NOMBRE | BOOKING NUMBER SU NÚMERO DE PRESO | FACILITY FACILIDAD | HOUSING LOC. LUGAR DE VIVIENDA | DATE FECHA |
|---|---|---|---|---|
| SOSAIA SEKONA | 5903105 | MCJ | 2100-C14 | 10-14-2020 |

## I HAVE A GRIEVANCE ABOUT THE FOLLOWING:

| GENERAL SERVICES | MEDICAL/MENTAL | STAFF |
|---|---|---|
| ☑ Living conditions  ☐ Classification | ☐ Medical Services (Place in envelope) | ☐ Custody Personnel |
| ☐ Food  ☐ Telephone | ☐ Mental Health (Place in envelope) | ☐ Medical Staff |
| ☐ Showers  ☐ Visiting | ☐ Dental (Place in envelope) | ☐ Mental Health Staff |
| ☐ Property | ☐ Americans with Disabilities Act (ADA) | ☐ Other (explain below) |
| ☐ Mail | ☐ Other (explain below) | *Optional (check only if applicable):* |
| ☐ Commissary/Account Balance | | ☐ Use of force |
| ☐ Clothing/Linen/Bedding | | ☐ Retaliation |
| ☐ Educational/Vocational Programs | | ☐ Harassment |
| ☐ Other (explain below) | | ☐ Racial or identity profiling |
| | | Specify the type(s) in your explanation. (please refer to the reverse side of the pink copy for more information) |

### PLEASE EXPLAIN THE SPECIFIC ISSUE OR DATE OF INCIDENT, AND THE ACTION REQUESTED:

| DATE, TIME, DAY OF OCCURRENCE | FACILITY OF OCCURRENCE | LOCATION OF OCCURRENCE |
|---|---|---|
| 10-10-20 = 10-14-20 | MCJ | 2100 C14 |

Once again, I am requesting for an emergency Work Order. This is the (4) day I have been having to use the toilet out in the dayroom. Please Thank you.

*If needed, additional space is provided on the back of this page.*

☐ In the event I am released prior to the disposition of this grievance, I waive my right to receive a mailed notification of the resolution.
☐ In the event I am released prior to the disposition of this grievance, I would like to receive a mailed notification of the resolution.
Mailing address _____ City _____ State _____ ZIP _____ Phone (___) _____

**Attention:** Conflict Resolution may be available and is voluntary for both the inmate and the involved personnel to address a grievance instead of the Department conducting a personnel investigation and determining a finding to resolve the grievance.

Inmate's Signature
X _____

-------------------------------- FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE --------------------------------

Full disposition shall be entered in the Custody Automated Report Tracking System (CARTS).
**FRONT PART 3 (PINK COPY)**
SH-J-420 Rev. 05/16     White - Facility     Yellow – Inmate copy at time of disposition for an emergency grievance     Pink – Inmate copy at time of submission

## Emergency Grievances

- If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life or safety, notify custody personnel immediately. You may request that a grievance be handled as an emergency by marking an "X" in the "YES" box located in the top left corner of the Inmate Grievance Form. An emergency grievance is defined as an urgent matter wherein a disposition according to the regular time limits would subject you to immediate risk of death, personal injury, or irreparable harm. A written response will be provided within five (5) calendar days documenting what action was undertaken.

## General Grievances

- As an inmate within the custody of the Los Angeles County Sheriff's Department, you have the right to submit a grievance relating to any condition of confinement using the Inmate Grievance Form. In addition, you also have the right to appeal any disposition regarding your grievance.
- You may obtain an Inmate Grievance Form from your housing location or notify a staff member to obtain one for you.
- All inmate grievances must be as complete as possible.
- All grievances must be submitted to the Sheriff's Department within 15 calendar days of the event upon which the grievance is based, or they will be denied. Exceptions may be made for grievances involving allegations of force, or the Prison Rape Elimination Act (PREA).
- Once the results of the grievance have been determined, a written response will be provided to you, generally within 15 calendar days after the submission of the grievance.
- You will be asked to sign the written response upon receipt.
- All appeals shall be submitted on an Inmate Grievance Appeal Form which will be provided to you when you are notified of the disposition of your grievance.
- Failure to file a grievance or appeal may waive rights to seek relief from a court of law.

## Americans with Disabilities Act (ADA) Request/Grievance Procedure

- The grievance must contain your name, booking number, housing location.
- Include a brief description of what you are grieving.
- Indicate the actions you are requesting for the Department to take to correct any alleged violation(s).
- Grievances should be addressed to the Custody Division ADA Coordinator:

**Los Angeles County Sheriff's Department - Custody Division ADA Coordinator**
**Custody Compliance and Sustainability Bureau**
**450 Bauchet St., Room E-883, Los Angeles, CA 90012**
**Phone: (213) 893-5500   TTY: (323) 267-6669   Email: adacompcus@lasd.org**

- You may request an informal meeting regarding accommodations through the Custody ADA Coordinator to discuss the grievance.
- Using this informal request/grievance procedure is not a requirement under federal regulations, nor does it prevent you from filing a grievance with the appropriate federal enforcement agency.
- Alternatively, your ADA request may be submitted on the Los Angeles County Sheriff's Department Inmate Request Form.

## Prison Rape Elimination Act (PREA)

The Los Angeles County Sheriff's Department has zero tolerance for sexual abuse and abides by the standards set forth in the Prison Rape Elimination Act of 2003 (PREA). PREA is a Federal law established to address the elimination and prevention of sexual assault and rape in correctional institutions. If you have been the victim or witness of any sexual assault or sexual abuse, report it. You may notify any custody personnel, fill out a confidential Inmate Grievance Form, or call any of the following phone numbers:

**Los Angeles County Office of the Inspector General (OIG)**
(800) 801 – 0030
**National Sexual Assault Hotline**
(800) 656 -4673

## Medical or Mental Health Concerns

- If you feel you need to see a Mental Health worker, please contact any staff member right away.
- You may submit a confidential grievance for medical or mental health related concerns by placing the completed Los Angeles County Sheriff's Department Inmate Grievance Form into a white envelope available in your housing area.

## Racial or Identity Profiling Grievances

You may file a grievance regarding an incident of perceived racial or identity profiling, involving one or more of the following factors:

- Race or ethnicity
- Nationality
- Gender
- Gender expression
- Age
- Religion
- Sexual orientation
- Mental or physical disability

**BACK PART 3 (PINK COPY)**

**Is this grievance an emergency?**
**¿Es ésta queja una emergencia?**

| YES* | NO |
|---|---|

If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life/safety, notify custody personnel immediately.

Si ésta es una emergencia médica o de salud mental, o si tiene conocimiento de una amenaza específica e inmediata contra su vida/seguridad, notifique a un alguacil de inmediato.

### COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT
# INMATE GRIEVANCE FORM
#### See the back copy for instructions.
All grievances must be filed within 15 calendar days.
Grievances will be responded to within 15 days.
Appeals must be filed within 15 calendar days.

### Only one grievance per form.
Solamente una queja por forma.

| NAME NOMBRE | BOOKING NUMBER SU NÚMERO DE PRESO | FACILITY FACILIDAD | HOUSING LOC. LUGAR DE VIVIENDA | DATE FECHA |
|---|---|---|---|---|
| | 5083105 | MCJ | 2100-C14 | 10/17/2020 |

## I HAVE A GRIEVANCE ABOUT THE FOLLOWING:

| GENERAL SERVICES | MEDICAL/MENTAL | STAFF |
|---|---|---|
| ☑ Living conditions  ☐ Classification | ☐ Medical Services (Place in envelope) | ☐ Custody Personnel |
| ☐ Food  ☐ Telephone | ☐ Mental Health (Place in envelope) | ☐ Medical Staff |
| ☐ Showers  ☐ Visiting | ☐ Dental (Place in envelope) | ☐ Mental Health Staff |
| ☐ Property | ☐ Americans with Disabilities Act (ADA) | ☐ Other (explain below) |
| ☐ Mail | ☐ Other (explain below) | *Optional (check only if applicable):* |
| ☐ Commissary/Account Balance | | ☐ Use of force |
| ☐ Clothing/Linen/Bedding | | ☐ Retaliation |
| ☐ Educational/Vocational Programs | | ☐ Harassment |
| ☐ Other (explain below) | | ☐ Racial or identity profiling |

Specify the type(s) in your explanation. (please refer to the reverse side of the pink copy for more information)

### PLEASE EXPLAIN THE SPECIFIC ISSUE OR DATE OF INCIDENT, AND THE ACTION REQUESTED:

| DATE, TIME, DAY OF OCCURRENCE | FACILITY OF OCCURRENCE | LOCATION OF OCCURRENCE |
|---|---|---|
| 10/10/20 - 10/16/20 | MCJ | 2100-C14 |

DUE TO THE POOR LIVING CONDITIONS & POOR/UNHEALTHY MAINTAINANCE IN (2100-C14) I GOT SICK AGAIN AND WAS FORCED TO MOVE TO (7TCF-241-02) BECAUSE SHORTNESS OF BREATH, HEADACHES, SLEEPLESS NIGHTS BECAUSE OF THE

*If needed, additional space is provided on the back of this page.*

☐ In the event I am released prior to the disposition of this grievance, I waive my right to receive a mailed notification of the resolution.
☐ In the event I am released prior to the disposition of this grievance, I would like to receive a mailed notification of the resolution.
Mailing address _____ City _____ State _____ ZIP _____ Phone (___) _____

**Attention:** Conflict Resolution may be available and is voluntary for both the inmate and the involved personnel to address a grievance instead of the Department conducting a personnel investigation and determining a finding to resolve the grievance.

Inmate's Signature
X

-------------------------- FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE --------------------------

Full disposition shall be entered in the Custody Automated Report Tracking System (CARTS).
### FRONT PART 3 (PINK COPY)

| SH-J-420 Rev. 05/16 | White - Facility | Yellow – Inmate copy at time of disposition for an emergency grievance | Pink – Inmate copy at time of submission |
|---|---|---|---|

## Emergency Grievances

- If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life or safety, notify custody personnel immediately. You may request that a grievance be handled as an emergency by marking an "X" in the "YES" box located in the top left corner of the Inmate Grievance Form. An emergency grievance is defined as an urgent matter wherein a disposition according to the regular time limits would subject you to immediate risk of death, personal injury, or irreparable harm. A written response will be provided within five (5) calendar days documenting what action was undertaken.

## General Grievances

- As an inmate within the custody of the Los Angeles County Sheriff's Department, you have the right to submit a grievance relating to any condition of confinement using the Inmate Grievance Form. In addition, you also have the right to appeal any disposition regarding your grievance.
- You may obtain an Inmate Grievance Form from your housing location or notify a staff member to obtain one for you.
- All inmate grievances must be as complete as possible.
- All grievances must be submitted to the Sheriff's Department within 15 calendar days of the event upon which the grievance is based, or they will be denied. Exceptions may be made for grievances involving allegations of force, or the Prison Rape Elimination Act (PREA).
- Once the results of the grievance have been determined, a written response will be provided to you, generally within 15 calendar days after the submission of the grievance.
- You will be asked to sign the written response upon receipt.
- All appeals shall be submitted on an Inmate Grievance Appeal Form which will be provided to you when you are notified of the disposition of your grievance.
- Failure to file a grievance or appeal may waive rights to seek relief from a court of law.

## Americans with Disabilities Act (ADA) Request/Grievance Procedure

- The grievance must contain your name, booking number, housing location.
- Include a brief description of what you are grieving.
- Indicate the actions you are requesting for the Department to take to correct any alleged violation(s).
- Grievances should be addressed to the Custody Division ADA Coordinator:

**Los Angeles County Sheriff's Department - Custody Division ADA Coordinator**
**Custody Compliance and Sustainability Bureau**
**450 Bauchet St., Room E-883, Los Angeles, CA 90012**
**Phone: (213) 893-5500   TTY: (323) 267-6669   Email: adacompcus@lasd.org**

- You may request an informal meeting regarding accommodations through the Custody ADA Coordinator to discuss the grievance.
- Using this informal request/grievance procedure is not a requirement under federal regulations, nor does it prevent you from filing a grievance with the appropriate federal enforcement agency.
- Alternatively, your ADA request may be submitted on the Los Angeles County Sheriff's Department Inmate Request Form.

## Prison Rape Elimination Act (PREA)

The Los Angeles County Sheriff's Department has zero tolerance for sexual abuse and abides by the standards set forth in the Prison Rape Elimination Act of 2003 (PREA). PREA is a Federal law established to address the elimination and prevention of sexual assault and rape in correctional institutions. If you have been the victim or witness of any sexual assault or sexual abuse, report it. You may notify any custody personnel, fill out a confidential Inmate Grievance Form, or call any of the following phone numbers:

**Los Angeles County Office of the Inspector General (OIG)**
(800) 801 – 0030
**National Sexual Assault Hotline**
(800) 656 -4673

## Medical or Mental Health Concerns

- If you feel you need to see a Mental Health worker, please contact any staff member right away.
- You may submit a confidential grievance for medical or mental health related concerns by placing the completed Los Angeles County Sheriff's Department Inmate Grievance Form into a white envelope available in your housing area.

## Racial or Identity Profiling Grievances

You may file a grievance regarding an incident of perceived racial or identity profiling, involving one or more of the following factors:

- Race or ethnicity
- Nationality
- Gender
- Gender expression
- Age
- Religion
- Sexual orientation
- Mental or physical disability

**BACK PART 3 (PINK COPY)**



Rec

1 - 21 - 21

